UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

IN RE AMY ROWE,

          Debtor,

Case No. 03-10304

STATE EMPLOYEES FEDERAL
CREDIT UNION,

          Appellant,

    -against-

AMY ROWE,

          Appellee.

Civil Action
1:03-CV-237
(LEK)

## **DECISION AND ORDER**

On January 30, 2003, Appellant State Employees Federal Credit Union ("Appellant") filed with this Court a Notice of Appeal from an Order of the United States Bankruptcy Court for the Northern District of New York, entered on January 23, 2003. Notice of Appeal (Dkt. No. 1). By letter dated October 14, 2005, Appellant informed the Court that the matter had been resolved and the case before this Court should be closed. Status Report (Dkt. No. 7). As a result, this Court will dismiss the appeal and direct the Clerk of the Court to close this case.

Accordingly, it is hereby:

ORDERED, that the appeal is **DISMISSED**; and it is further

ORDERED, that the Clerk of the Court **CLOSE** Case No. 1:03-CV-237; and it is further

ORDERED, that the Clerk of the Court shall serve copies of this order upon the parties to this action.

IT IS SO ORDERED.

DATED:	November 10, 2005
	Albany, New York

Lawrence E. Kahn
U.S. District Judge